1  STEVE J. JOFFE, ESQ., (SBN 108419)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2  555 S. Flowers Street, Suite 2900
   Los Angeles, California 90071
3  Telephone:  (213) 443-5100
   Facsimile:  (213) 443-5101
4  Email: steve.joffe@wilsonelser.com

5  ERIC S. WONG, ESQ., (SBN 197310)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
7  Telephone:  (415) 433-0990
   Facsimile:  (415) 434-1370
8  Email; eric.wong@wilsonelser.com

9  Attorneys for Defendant
   RM CHEVYS LLC dba
10 CHEVY'S FRESH MEX

11

12 LAW OFFICE OF IRENE KARBELASHVILI
   Irene Karbelashvili, State Bar Number 232223
   Irakli Karbelashvili, State Bar Number 302971
13 12 South First Street, Suite 413
   San Jose, CA 95113
14 Telephone: (408) 295-0137

15 Attorney for JOHN RODGERS, Plaintiff

16
   Randy Sullivan, Esq. (SBN 229326)
17 Dylan R. Williams, Esq. (SBN 282123)
   **Patton & Sullivan LLP**
18 6600 Koll Center Parkway, Suite 250
   Pleasanton, California 94566-8058
19 925-600-1800  Phone
   925-600-1802  Fax
20 randy@pattonsullivan.com
   dylan@pattonsullivan.com

21

22                     UNITED STATES DISTRICT COURT

23                     NORTHERN DISTRICT OF CALIFORNIA

24

25 JOHN RODGERS,                       ) Case No. 3:15-cv-05258-RS
                                       )
26          Plaintiff,                 ) **STIPULATION OF PARTIES FOR**
                                       ) **ORDER EXTENDING MEDIATION**
27     vs.                             ) **DEADLINE DATE FROM SEPTEMBER**
                                       ) **6, 2016 TO OCTOBER 14, 2016.**
28 KING BOR LEE AND FOON C. LEE        ) [~~PROPOSED~~] **ORDER.**
   collectively in their individual and)

STIPULATION OF PARTIES FOR ORDER EXTENDING MEDIATION DEADLINE DATE FROM
              SEPTEMBER 6, 2016 TO OCTOBER 14, 2016

1620335v.1

| | |
|---|---|
| 1 | representative capacity as Trustees of the KING )<br>BOR LEE & FOON C. LEE TRUST; RM      )<br>CHEVYS LLC d/b/a CHEVY'S FRESH MEX; )<br>and DOES 1 - 10, inclusive,                         )<br>                                                                    )<br>          Defendants.                                        )<br>                                                                    ) |

By and through counsels of record, Plaintiff John Rodgers, Defendant King Bor Lee and Foon C. Lee collectively in the individual and representative capacity as Trustees of the King Bor Lee & Foon C. Lee Trust and RM Chevys LLC dba Chevy's Fresh Mex hereby stipulate for an Order Extending the Mediation Deadline Date from September 6, 2016 to October 14, 2016 in the above-entitled matter.

Mediation in this matter has been confirmed on October 14, 2016 at 10:00 a.m. before Jamie L. Dupree, Esq. of the law offices of Futterman, Dupree, Dodd, Croley and Maier LLP. 180 Sansome Street, 17th floor, San Francisco, CA 94104. The parties were unable to schedule a mediation by the September 6, 2016 deadline date due to counsel's and mediator's unavailability.

DATED: August 29, 2016                    LAW OFFICE OF IRENE KARBELASHVILI


                                                          By: ____/S/ Irakli M. Karbelashvili_____
                                                                 IRENE L KARBELASHVILI
                                                                 IRAKLI M. KARBELASHVILI
                                                                 Attorneys for Plaintiff
                                                                 JOHN RODGERS


DATED: August 29, 2016                    PATTON & SULLIVAN, LLP


                                                          By: ____/S/ Dylan R. Williams_____
                                                                 DYLAN R. WILLIAMS
                                                                 Attorneys for Defendant
                                                                 KING BOR LEE AND FOON C. LEE
                                                                 collectively in their individual and
                                                                 representative capacity as Trustees of the
                                                                 KING BOR LEE & FOON C. LEE TRUST

2
STIPULATION OF PARTIES FOR ORDER EXTENDING MEDIATION DEADLINE DATE FROM
SEPTEMBER 6, 2016 TO OCTOBER 14, 2016

1620335v.1

DATED: August 29, 2016

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /S/ Eric S. Wong
STEVE J. JOFFE
ERIC S. WONG
Attorneys for Defendant
RM CHEVYS LLC dba CHEVY'S FRESH MEX

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

Date: 8/29/16

_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION OF PARTIES FOR ORDER EXTENDING MEDIATION DEADLINE DATE FROM SEPTEMBER 6, 2016 TO OCTOBER 14, 2016

1620335v.1