1 **LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
2 Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
3 San Jose, CA 95113
Telephone: (408) 295-013
4 Fax: (408) 295-0142
5
Attorneys for JOHN RODGERS, Plaintiff
6
7
8 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9
10

| | |
|---|---|
| JOHN RODGERS,<br>    Plaintiff,<br>v.<br>KING BOR LEE AND FOON C. LEE, collectively in their individual and representative capacity as Trustees of The KING BOR LEE & FOON C. LEE TRUST; RM CHEVYS LLC d/b/a CHEVY'S FRESH MEX; and DOES 1-10, inclusive,<br>    Defendants. | Case No. 15-cv-5258-RS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Pursuant to FRCP 41(a)(1)(A)(ii) Plaintiff JOHN RODGERS ("Plaintiff") and Defendants KING BOR LEE AND FOON C. LEE, collectively in their individual and representative capacity as Trustees of The KING BOR LEE & FOON C. LEE TRUST; and RM CHEVYS LLC d/b/a CHEVY'S FRESH MEX ("Defendants") stipulate that this action is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees. The Clerk shall close the file.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 16, 2016 | /s/  Irene Karbelashvili |
| | | Irene Karbelashvili, Attorney for Plaintiff |
| 3 | | John Rodgers |
| 4 | Dated: November 17, 2016 | /s/   Eric Sean Wong |
| 5 | | Eric Sean Wong, Attorney for |
| | | Defendant RM Chevys LLC |
| 6 | | |
| 7 | Dated: November 18, 2016 | /s/  Randy Sullivan |
| 8 | | Randy Sullivan, Attorney for |
| | | Defendants King Bor Lee and Foon C. Lee |

## FILER'S ATTESTATION

I hereby attest that on November 18, 2016, I, Irene Karbelashvili, received the concurrence of Defendants' counsel in filing of this document.

/s/       Irene Karbelashvili
IRENE KARBELASHVILI



[